UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH DAVID WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE MATTSON, Warden, Minnehaha County Jail, in his individual and official capacity, JOHN A. DOE, Summit Foods Inc., MINNEHAHA COUNTY JAIL, in his/her individual and official capacity, and SUMMIT FOOD SERVICES, LLC,<br><br>Defendants. | 4:19-CV-04197-KES<br><br>JUDGMENT |

Under the Order Granting Mattson's Motion for Judgment on the Pleadings and Denying Plaintiff's Motion to Conjoin, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Mike Mattson and against plaintiff, Keith David Wilson.

Dated May 11, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE