UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KEITH DAVID WILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN A. DOE, in his/her individual and official capacity,<br>                Defendant. | 4:19-CV-04197-KES<br><br><br>JUDGMENT |

Under the court's order dismissing this matter pursuant to Rule 4(m), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed without prejudice and the parties shall bear their own costs, expenses, and attorneys' fees.

Dated September 24, 2021.

                              BY THE COURT:

                              /s/ *Karen E. Schreier*
                              KAREN E. SCHREIER
                              UNITED STATES DISTRICT JUDGE